Hand-Delivered

# Unite States District Court for the Western District of North Carolina

FILED
CHARLOTTE, NC

MAR 1 7 2026

US DISTRICT COURT
WESTERN DISTRICT OF NC

## Charlotte Division

Friday, March 13, 2026

### 3:26-cv-220-MR

Charles E. Hinton, third-party beneficiary, private-citizen, Original-Plaintiff-Claimant,

V

City of Charlotte-Mecklenburg Municipal, et al., Defendants-Respondents.

Docket file number: **3:25-CV-376-MR**

## Notice and Notification on Objection to Order; Demand for Three-Judge District Court; Demand for Trial by Jury in Civil-Cases

Now comes the Claimant described in the above heading and saying:

## Statement and the Issues and Facts

1. On December 17, 2010, in this venue and jurisdiction I, and my intellectual property were unlawfully seized, taken, and collusively joined to State civil actions and special proceeding in rem and quasi in rem docketed under original complaint number 101208162304, Mecklenburg County, General Court of Justice, State of North Carolina.
2. The cause and pretense involved alleged violations, inter alia of N.C. Gen. Stat. 14-208.18(a)(2) Sex offender unlawfully on premises (case 11-216164) in pari materia N. C. Gen. Stat. 14-7.1 Persons defined as habitual felons (case 11-021992).
3. On and around the fourth quarter of the year 2025, I tendered and presented to this Court a post-collateral remedy for a constitutional <u>Petition for the Privilege of the Writ of Habeas Corpus</u>.

1

4. On December 10, 2025, before the Court sua sponte, an interlocutory order by the United States District Judge Martin Reidinger in the matter of an abstract of title denied and dismissed a statutory construed **Petition for Writ of Habeas Corpus** separate and distinct from my constitutional version.

5. Judge Reidinger's order specifically declared as follows:

   "Petitioner, and/or anyone acting on his behalf, are **ENJOINED** from filing any action in this court that seeks to challenge the convictions and sentences Petitioner sustained for the offenses: (1) sexual offender unlawfully on premises; ...and (4) attaining habitual felon status, on April 25, 2012, in the Mecklenburg County, North Carolina, Superior Court."

6. Not only did this abstract order under mind his oath or affirmation, or both, and denying my suretyship access to the judicial court, it further inflicted assault on injury by threatening to punish my persons.

7. Consequently, on Saturday, January 24, 2026, an emergency writ was issued to the prison Warden directing the production of my natural-person before courtroom 5300, Honorable Judge W. Robert Bell, Emergency Superior Court Judge, Mecklenburg County, General Court of Justice, State of North Carolina.

8. On Friday, January 30, 2026, Judge Bell issued a judicial decree vacating the conviction, punishment, and sentence, "Petitioner sustained" for violations of N. C. Gen. State. 14-208.18(a)(2) Sex offender unlawfully on premises (case 11-216164) in connection with N. C. Gen. Stat. 14-7.1 Persons defined as habitual felons (case 11-021992).

9. I was released and discharges from the care, custody, and control, of the North Carlina Department of Adult Correction, Scotland Correctional Institution.

10. On Friday, March 6, 2026, I personally entered this Courthouse and hand delivered my proposed Civil-Rights complaint, a completed 42 U.S.C.A. Section 1983 form, several civil-summons, and application to proceed in forma pauperis.

11. The complaint is authorized by **Heck v. Humphrey**, 512 U.S. 477, 114 S.Ct. 2364, 129 L.Ed. 383, 1972. See also **Roberts v. City of Fairbanks**, 947 F.3d 1191, 2020.

12. The facts and details are proposed and disclosed in whole and in part within the said March 6, 2026, instruments hereto returned for reconsideration, due process filing and civil service, and civil justice.

13. Therefore, the aforesaid order is objected to in its entirety, the offer is refused, I claim private exemption by virtue of my pre-paid securities account *****3817 and certificated title of birth ___/___/1964 (redacted for privacy purposes and filings with the Court).


**Wherefore,** pray hereby that Claimant be authorized to redress grievances, accorded and satisfied with bifurcated trial, or settlement as favored by the law, and for such other and further relief deemed fair and equitable.

2

# NONTRANSFERABLE OF TITLE, NONASSIGNABLE OF RIGHTS AND CLAIMS, NONNEGOTIABLE INSTRUMENT

All private and public, unalienable, fundamental, and substantial rights, privileges, and immunities preserved and reserved under the Constitution for the United States of America in the Republican, North Carolina Constitution, and the Uniform Commercial Code. Without Prejudice and Under Protest. De Jure.

Charles E. Hinton, Third-Party Beneficiary, de jure

Friday, March Thirteenth, 2026.

By: _____

Charles E. Hinton, third-party beneficiary in my proper persona and on behalf of the Original-Plaintiff-Claimant.

8703 Hollow Creek Circle, Suite L-102

Charlotte, North Carolina in the Republican—[28262-8703]

Phone number: 980.501.2696.

3